FAYE B. BROWN, Petitioner v. THE NORTH CAROLINA DEPARTMENT OF CORRECTION; ALVIN KELLER, in his capacity as Secretary of the Department of Correction; and KENNETH ROYSTER, in his capacity as Superintendent of Raleigh Correctional Center for Women, Respondents

No. 517PA09

(Filed 27 August 2010)

On writ of certiorari pursuant to N.C.G.S. § 7A-32(b) to review an opinion and order entered 14 December 2009 by Judge Ripley E. Rand in Superior Court, Wake County, allowing petitioner's application for

BROWN v. N.C. DEP'T OF CORR.

[364 N.C. 319 (2010)]

writ of habeas corpus and ordering her unconditional release from prison. Heard in the Supreme Court 16 February 2010.

*Staples S. Hughes, Appellate Defender, and Katherine Jane Allen, Benjamin Dowling-Sendor, Daniel R. Pollitt, and Daniel K. Shatz, Assistant Appellate Defenders, for petitioner-appellee.*

*Roy Cooper, Attorney General, by Tiare B. Smiley and Robert C. Montgomery, Special Deputy Attorneys General, for respondent-appellants State of North Carolina and North Carolina Department of Correction.*

*Elliot Pishko Morgan, P.A., by David Pishko, and Abrams & Abrams, P.A., by Margaret Abrams, for North Carolina Advocates for Justice, amicus curiae.*

PER CURIAM.

For the reasons stated in *Jones v. Keller,* —— N.C. ——, ——, S.E.2d —— (2010) (518PA09), we reverse the trial court's 14 December 2009 order allowing petitioner's petition for writ of habeas corpus.

REVERSED.

Justices BRADY and NEWBY concur in the result for the reasons stated in the concurring opinion in *Jones v. Keller,* —— N.C. ——, ——, S.E.2d (2010) (518PA09).

Justices TIMMONS-GOODSON and HUDSON dissent for the reasons stated in the dissenting opinion in *Jones v. Keller,* —— N.C. ——, ——, S.E.2d —— (2010) (518PA09).

[364 N.C. 321 (2010)]

MORRIS COMMUNICATIONS CORP.      )
D/B/A FAIRWAY OUTDOOR            )
ADVERTISING                     )
                                )
        v.                      )    ORDER
                                )
CITY OF BESSEMER CITY ZONING    )
BOARD OF ADJUSTMENT             )

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

No. 150A10

The Court allows petitioner's petition for discretionary review of issue Number 1:

(1) Did the Court of Appeals err in concluding that the Respondent Zoning Board's interpretation of the City of Bessemer City's Zoning Ordinance is entitled to some deference when the matter of the interpretation of an ordinance and/or statute is reviewed de novo on appeal and the reviewing court is entitled to freely substitute its judgment for that of the local zoning board?

Petitioner's petition for discretionary review as to the remaining issues is denied.

By order of the Court in Conference, this 26th day of August, 2010.

                        Hudson, J.
                        For the Court

**STATE v. FOLSTON**

[364 N.C. 322 (2010)]

| | | |
|---|---|---|
| STATE OF NORTH CAROLINA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WILBUR WILLIAM FOLSTON, JR. | ) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

No. 317PA09

The state's petition for writ of certiorari is allowed for the limited purpose of entering the following order:

For the reasons stated in *Jones v. Keller*, 364 N.C. ——, —— S.E.2d —— (2010) (518PA09), we reverse the trial court's 27 April 2009 order granting defendant's motion for appropriate relief and remand to the trial court for further proceedings consistent with the Jones opinion.

By order of the Court in Conference, this 26th day of August, 2010.

Hudson, J.
For the Court

## STATE v. FOREMAN

[364 N.C. 323 (2010)]

| | | |
|---|---|---|
| STATE OF NORTH CAROLINA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DERRICK ROCHELL FOREMAN | ) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

No. 270PA10

The state's petition for writ of certiorari is allowed for the limited purpose of entering the following order:

Rule of Appellate Procedure 21(c) mandates that petitions for writ of certiorari "shall be filed without unreasonable delay." *See, e.g., State v. Rush*, 158 N.C. App. 738, 741 (2003) (finding that "four-year delay in challenging a judgment constitutes 'unreasonable delay'" under Rule 21(c)); *Huebner v. Triangle Research Collaborative*, 193 N.C. App. 420, 426 (2008) (holding that defendant's three-year delay in requesting certiorari review constituted "unreasonable delay" under Rule 21(c)). Defendant's thirteen-year delay in filing his petition for writ of certiorari in the Court of Appeals constituted unreasonable delay. Accordingly, the Court of Appeals' order allowing defendant's petition for writ of certiorari is reversed and defendant's appeal is dismissed.

By order of the Court in Conference, this 26th day of August, 2010.

Hudson, J.
For the Court

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Bennett v. Equity Residential<br><br>Case below:<br>203 N.C. App. ——<br>(6 April 2010) | No. 228P10 | Plt's PDR Under N.C.G.S. § 7A-31<br>(COA09-878) | Denied<br>08/26/10 |
| Bowles Auto., Inc. v. N.C. Div. of Motor Vehicles<br><br>Case below:<br>203 N.C. App. ——<br>(16 March 2010) | No. 164P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA08-1411) | Denied<br>08/26/10 |
| Bumgarner v. Burlington Ins. Co.<br><br>Case below:<br>202 N.C. App. ——<br>(16 February 2010) | No. 110P10 | Plt's PDR Under N.C.G.S. § 7A-31<br>(COA09-850) | Denied<br>08/26/10 |
| Cloninger v. N.C. Dep't of Health & Human Servs.<br><br>Case below:<br>203 N.C. App. ——<br>(6 April 2010) | No. 204P10 | 1. Petitioners' NOA Based Upon a Constitutional Question (COA09-970)<br><br>2. Petitioners' PDR Under N.C.G.S. § 7A-31<br><br>3. Respondent's Motion to Dismiss | 1. Dismissed *Ex Mero Motu* 08/26/10<br><br>2. Denied 08/26/10<br><br>3. Dismissed as Moot 08/26/10 |
| Credigy Receivables, Inc. v. Whittington<br><br>Case below:<br>202 N.C. App. ——<br>(2 March 2010) | No. 159P10 | Plt's PDR Under N.C.G.S. § 7A-31<br>(COA09-465) | Denied<br>08/26/10 |
| Crowley v. Crowley<br><br>Case below:<br>203 N.C. App. ——<br>(6 April 2010) | No. 197P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA09-898) | Denied<br>08/26/10 |
| Fish House, Inc. v. Clarke<br><br>Case below:<br>204 N.C. App. ——<br>(18 May 2010) | No. 263P10 | Plt's PDR Under N.C.G.S. § 7A-31<br>(COA09-1047) | Denied<br>08/26/10 |
| Gaines v. Cumberland Cty. Hosp. Sys., Inc.<br><br>Case below:<br>203 N.C. App. ——<br>(6 April 2010) | No. 206P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA07-1419-2) | Denied<br>08/26/10 |

| | | | |
|---|---|---|---|
| Goetz v. N.C. Dep't of Health & Human Servs.<br><br>Case below:<br>203 N.C. App. ——<br>(20 April 2010) | No. 215P10 | Plt-Appellants' PDR Under N.C.G.S. § 7A-31 (COA09-985) | Denied 08/26/10 |
| Grantham v. Crawford<br><br>Case below:<br>204 N.C. App. ——<br>(18 May 2010) | No. 257P10 | 1. Defs' (Crawford and Carolina Womancare) PDR Under N.C.G.S. § 7A-31 (COA09-528)<br><br>2. Def's (High Point Regional) PDR Under N.C.G.S. § 7A-31 | 1. Denied 08/26/10<br><br>2. Denied 08/26/10<br><br>**Martin, J., Recused** |
| High Rock Lake Partners, LLC v. N.C. Dep't of Transp.<br><br>Case below:<br>204 N.C. App. ——<br>(18 May 2010) | No. 262P10 | 1. Respondent's PDR Under N.C.G.S. § 7A-31 (COA09-95)<br><br>2. Intervenor's (John M. Dolven, M.D.) PDR Under N.C.G.S. § 7A-31; or in the Alternative, a Petition for Writ of Certiorari Pursuant to Rule 21 of the North Carolina Rules of Appellate Procedure or Petition for Relief under Rule 2 of the North Carolina Rules of Appellate Procedure | 1. Denied 08/26/10<br><br>2. Denied 08/26/10 |
| In re A.D.E. & M.R.E.<br><br>Case below:<br>202 N.C. App. ——<br>(2 March 2010) | No. 152P10 | Respondent's (Father) PDR Under N.C.G.S. § 7A-31 (COA09-1184) | Denied 08/26/10 |
| In re Appeal of Amusements of Rochester, Inc.<br><br>Case below:<br>201 N.C. App. ——<br>(8 December 2009) | No. 019P10 | 1. Petitioners' (Amusements of Rochester, Powers Great Am. Midways Co. & Leslie & Debbie Powers) NOA Based Upon a Constitutional Question (COA09-234)<br><br>2. Respondent's (Pender County) Motion to Dismiss Appeal<br><br>3. Petitioners' (Amusements of Rochester, Powers Great Am. Midways Co. & Leslie & Debbie Powers) PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 08/26/10<br><br>3. Denied 08/26/10 |
| In re E.M.<br><br>Case below:<br>202 N.C. App. ——<br>(2 March 2010) | No. 178P10 | 1. Petitioner's (Mecklenburg Co. DSS) PWC to Review the Decision of COA (COA09-1370)<br><br>2. Respondent's Motion to Dismiss PWC | 1. Denied 08/26/10<br><br>2. Dismissed as Moot 08/26/10 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| In re J.N.<br><br>Case below:<br>202 N.C. App. ——<br>(2 March 2010) | No. 153P10 | Respondent's (Mother) PDR Under<br>N.C.G.S. § 7A-31 (COA09-1239) | Denied<br>08/26/10 |
| In re T.E.S.<br><br>Case below:<br>203 N.C. App. ——<br>(20 April 2010) | No. 209P10 | Respondent's PDR Under N.C.G.S. § 7A-31<br>(COA09-1556) | Denied<br>08/26/10 |
| Midkiff v. Compton<br><br>Case below:<br>204 N.C. App. ——<br>(18 May 2010) | No. 289P10 | Plt's PWC to Review the Decision of the<br>COA (COA09-254) | Denied<br>08/26/10 |
| Morris<br>Communications<br>Corp. v. City of<br>Bessemer<br>City Zoning Bd. of<br>Adjust.<br><br>Case below:<br>202 N.C. App. ——<br>(2 March 2010) | No. 150A10 | 1.  Petitioner's NOA (Dissent)<br>(COA09-440)<br><br>2.  Petitioner's PDR as to Additional<br>Issues<br><br>3.  Respondent's Motion to Dismiss<br>Petition | 1. ——<br><br>2. See Special<br>Order Page 321<br><br>3. Denied<br>08/26/10 |
| N.C. Dep't of Health<br>& Human Servs. v.<br>Thompkins<br><br>Case below:<br>205 N.C. App. ——<br>(6 July 2010) | No. 380P09-2 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA09-1137) | Denied<br>08/26/10 |
| Owens-Bey v.<br>County of<br>Forsyth<br><br>Case below:<br>203 N.C. App. ——<br>(4 May 2010) | No. 314P10 | Plt's PWC to Review Decision of COA<br>(COA09-1307) | Denied<br>08/26/10 |
| Raymond v. N.C.<br>Police<br>Benevolent Ass'n<br><br>Case below:<br>203 N.C. App. ——<br>(6 April 2010) | No. 230P10 | Defs' PDR Under N.C.G.S. § 7A-31<br>(COA09-797) | Allowed<br>08/26/10 |
| Reese v.<br>Mecklenburg Cty.<br><br>Case below:<br>204 N.C. App. ——<br>(15 June 2010) | No. 309P10 | Plt's PDR Under N.C.G.S. § 7A-31<br>(COA09-499) | Denied<br>08/26/10 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Soder v. Corvel Corp.<br><br>Case below:<br>202 N.C. App. —<br>(2 March 2010) | No. 189P10 | Plt's PWC to Review the Decision of the COA (COA09-542) | Denied<br>08/26/10 |
| Sperry v. Koury Corp.<br><br>Case below:<br>202 N.C. App. —<br>(19 January 2010) | No. 078P10 | Plt's PDR Under N.C.G.S. § 7A-31 (COA09-391) | Denied<br>08/26/10 |
| State v. Barron<br><br>Case below:<br>202 N.C. App. —<br>(2 March 2010) | No. 145P10 | Def's PDR Under N.C.G.S. § 7A-31 (COA09-770) | Denied<br>08/26/10 |
| State v. Battle<br><br>Case below:<br>202 N.C. App. —<br>(16 February 2010) | No. 123P10 | State's PDR Under N.C.G.S. § 7A-31 (COA09-201) | Denied<br>08/26/10 |
| State v. Braddy<br><br>Case below:<br>195 N.C. 460 | No. 070P10 | Def's PDR Under N.C.G.S. § 7A-31 (COA08-333) | Denied<br>08/26/10 |
| State v. Brooks<br><br>Case below:<br>202 N.C. App. —<br>(2 March 2010) | No. 156P10 | Def's PDR (COA09-560) | Denied<br>08/26/10 |
| State v. Carter<br><br>Case below:<br>203 N.C. App. —<br>(4 May 2010) | No. 231P10 | Def's PDR Under N.C.G.S. § 7A-31 (COA09-1073) | Denied<br>08/26/10 |
| State v. Craven<br><br>Case below:<br>205 N.C. App. —<br>(20 July 2010) | No. 322P10 | State's Motion for Temporary Stay (COA09-1138) | Allowed<br>08/05/10 |
| State v. Dark<br><br>Case below:<br>204 N.C. App. —<br>(15 June 2010) | No. 297P10 | Defendant's PDR Under N.C.G.S. § 7A-31 (COA09-1287) | Denied<br>08/26/10 |
| State v. Ellis<br><br>Case below:<br>188 N.C. App. 820 | No. 133P08-2 | Def's Motion for Certificate of Appealability (COA07-142) | Dismissed<br>08/26/10 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Espinoza-Valenzuela<br><br>Case below:<br>203 N.C. App. ——<br>(20 April 2010) | No. 225P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA09-661) | Denied<br>08/26/10 |
| State v. Folston<br><br>Case below:<br>Cleveland County<br>Superior Court | No. 317PA09 | 1. State's Motion for Temporary Stay<br>(COAP09-532)<br><br>2. State's Petition for Writ of Supersedeas<br><br>3. State's PWC to Review Order of<br>Cleveland County Superior Court | 1. Allowed<br>08/07/09<br><br>2. Allowed<br>01/28/10<br><br>3. See Special<br>Order Page —— |
| State v. Foreman<br><br>Case below: Pitt<br>County Superior<br>Court | No. 270P10 | 1. State's Petition for Writ of Supersedeas<br>(COAP10-351)<br><br>2. State's Motion for Temporary Stay<br><br>3. State's PWC | 1. Denied<br>08/26/10<br><br>2. Allowed<br>06/29/10<br>Stay Dissolved<br>08/26/10<br><br>3. See Special<br>Order Page —— |
| State v. Freeman<br><br>Case below:<br>202 N.C. App. ——<br>(2 March 2010) | No. 113PA10 | 1. State's Motion for Temporary Stay<br>(COA09-774)<br><br>2. State's Petition for Writ of Supersedeas<br><br>3. State's PDR<br><br>4. Def's Cross-Petition for Discretionary<br>Review<br><br>5. Def's Conditional PDR | 1. Allowed<br>03/18/10<br>364 N.C. 130<br><br>2. Allowed<br>08/26/10<br><br>3. Allowed<br>08/26/10<br><br>4. Denied<br>08/26/10<br><br>5. Denied<br>08/26/10 |
| State v. Hall<br><br>Case below:<br>203 N.C. App. ——<br>(4 May 2010) | No. 238P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA09-1097) | Denied<br>08/26/10 |
| State v. Jacobs<br><br>Case below:<br>202 N.C. App. ——<br>(2 February 2010) | No. 100P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA09-762) | Denied<br>08/26/10 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Johnson<br><br>Case below:<br>Alamance County<br>Superior Court | No. 119P00-28 | 1. Def's PWC to Review Order of Alamance Superior Court<br><br>2. Def's PWC to Review Order of Alamance County Superior Court<br><br>3. Def's Motion to Appoint Counsel<br><br>4. Def's Motion to Proceed *In Forma Pauperis* | 1. Dismissed 08/26/10<br><br>2. Dismissed 08/26/10<br><br>3. Denied 08/26/10<br><br>4. Allowed 08/26/10 |
| State v. Lane<br><br>Case below: Wayne County Superior Court | No. 606A05-2 | Def's Motion for Remand | Denied 08/26/10 |
| State v. Little<br><br>Case below:<br>203 N.C. App. ——<br>(4 May 2010) | No. 240A10 | 1. Def's NOA based Upon a Constitutional Question (COA09-1223)<br><br>2. State's Motion to Dismiss Appeal | 1. ——<br><br>2. Allowed 08/26/10 |
| State v. Maready<br><br>Case below:<br>205 N.C. App. ——<br>(6 July 2010) | No. 32A08-2 | 1. State's Motion for Temporary Stay (COA07-171-2)<br><br>2. State's Petition for Writ of Supersedeas<br><br>3. State's PDR Under N.C.G.S. § 7A-31<br><br>4. Defendant's PDR Under N.C.G.S. § 7A-31<br><br>5. Defendant's Notice of Appeal Based upon a Constitutional Question<br><br>6. Defendant's PDR as to Additional Issues | 1. Allowed 7/23/10<br>Stay Dissolved 08/26/10<br><br>2. Denied 08/26/10<br><br>3. Denied 08/26/10<br><br>4. Denied 08/26/10<br><br>5. Dismissed *Ex Mero Motu* 08/26/10<br><br>6. Dismissed as Moot 08/26/10 |
| State v. May<br><br>Case below:<br>202 N.C. App. ——<br>(2 February 2010) | No. 308P10 | 1. Def's Motion for Appropriate Relief (COA09-175)<br><br>2. Def's PWC to Review Decision of COA | 1. Dismissed 08/26/10<br><br>2. Dismissed 08/26/10 |
| State v. McCoy<br><br>Case below:<br>204 N.C. App. ——<br>(1 June 2010) | No. 274P10 | Def's PDR Under N.C.G.S. § 7A-31 (COA09-827) | Denied 08/26/10 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. McNeill<br><br>Case below:<br>205 N.C. App. ——<br>(20 July 2010) | No. 324P10 | State's Motion for Temporary Stay<br>(COA09-1585) | Allowed<br>08/06/10 |
| State v. Medina<br><br>Case below:<br>205 N.C. App. ——<br>(20 July 2010) | No. 332P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA10-71) | Denied<br>08/26/10 |
| State v. Owens<br><br>Case below:<br>197 N.C. App. ——<br>(19 May 2009) | No. 203P10 | 1.  Def's PDR Under N.C.G.S. § 7A-31<br>(COA08-1279)<br><br>2.  Def's Writ of Certiorari to Review<br>Decision of COA | 1. Dismissed<br>*Ex Mero Motu*<br>08/26/10<br><br>2. Denied<br>08/26/10 |
| State v. Paddock<br><br>Case below:<br>204 N.C. App. ——<br>(1 June 2010) | No. 281P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA09-538) | Denied<br>08/26/10 |
| State v. Parnell<br><br>Case below:<br>203 N.C. App. ——<br>(16 March 2010) | No. 169P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA09-909) | Denied<br>08/26/10 |
| State v. Pastuer<br><br>Case below:<br>205 N.C. App. ——<br>(20 July 2010) | No. 327P10 | State's Motion for Temporary Stay<br>(COA09-1432) | Allowed<br>08/06/10 |
| State v. Phillips<br><br>Case below: Moore<br>County Superior<br>Court | No. 48A08 | 1.  Defendant's Motion to Dismiss<br>Appellant's Motion Filed in this Court<br>Under the North Carolina Racial Justice<br>Act Without Prejudice to File a Motion<br>Under the Racial Justice Act in Post-<br>Conviction Proceedings if Appellant is<br>not Granted Relief on Direct Appeal<br>(COAP00-56)<br><br>2.  Defendant's Motion in the Alternative<br>to Remand to the Superior Court of Moore<br>County for an Evidentiary Hearing and<br>other proceedings<br><br>3.  Defendant's Motion for Appropriate<br>Relief Under the Racial Justice Act | 1. Allowed<br>08/26/10<br><br><br><br><br><br><br>2. Dismissed as<br>Moot 08/26/10<br><br><br>3. Dismissed<br>Without<br>Prejudice<br>08/26/10 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Pinkerton<br><br>Case below:<br>205 N.C. App. ——<br>(20 July 2010) | No. 321A10 | State's Motion for Temporary Stay<br>(COA09-654) | Allowed<br>08/06/10 |
| State v. Rice<br><br>Case below:<br>203 N.C. App. ——<br>(20 April 2010) | No. 216P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA09-1099) | Denied<br>08/26/10 |
| State v. Richardson<br><br>Case below:<br>203 N.C. App. ——<br>(4 May 2010) | No. 234P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA09-1394) | Denied<br>08/26/10 |
| State v. Santiano<br><br>Case below:<br>205 N.C. App. ——<br>(6 July 2010) | No. 305P10 | Def's Motion for Temporary Stay<br>(COA09-506) | Allowed<br>07/26/10 |
| State v. Sargeant<br><br>Case below:<br>206 N.C. App. ——<br>(3 August 2010) | No. 355A10 | 1. State's NOA (Dissent) (COA09-262)<br><br>2. State's Motion for Temporary Stay<br><br>3. State's Petition for Writ of Supersedeas | 1. ——<br><br>2. Allowed<br>08/20/10<br><br>3. Allowed<br>08/20/10 |
| State v. Simmons<br><br>Case below:<br>204 N.C. App. ——<br>(18 May 2010) | No. 261P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA09-1093) | Denied<br>08/26/10 |
| State v. Simmons<br><br>Case below:<br>204 N.C. App. ——<br>(1 June 2010) | No. 284P10 | 1. Def's NOA Based Upon a Constitutional Question (COA09-1170)<br><br>2. State's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed<br>08/26/10<br><br>3. Denied<br>08/26/10 |
| State v. Stanley<br><br>Case below:<br>205 N.C. App. ——<br>(20 July 2010) | No. 316P10 | Def's Motion for Temporary Stay<br>(COA09-1263) | Allowed<br>07/30/10 |
| State v. Sullivan<br><br>Case below:<br>202 N.C. App. ——<br>(16 February 2010) | No. 115P10 | 1. Def's NOA Based Upon a Constitutional Question (COA09-526)<br><br>2. State's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed<br>08/26/10<br><br>3. Denied<br>08/26/10 |

Disposition of Petitions for Discretionary Review Under G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Tellez<br><br>Case below:<br>203 N.C. App. ——<br>(6 April 2010) | No. 198P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA09-1010) | Denied<br>08/26/10 |
| State v. Toledo<br><br>Case below:<br>204 N.C. App. ——<br>(18 May 2010) | No. 250P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA09-1063) | Denied<br>08/26/10 |
| State v. Torres-Garcia<br><br>Case below:<br>201 N.C. App. ——<br>(22 December 2009) | No. 036P10 | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA09-409)<br><br>2. State's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed<br>08/26/10<br><br>3. Denied<br>08/26/10 |
| State v. Tucker<br><br>Case below:<br>204 N.C. App. ——<br>(18 May 2010) | No. 265P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA09-1112) | Denied<br>08/26/10 |
| State v. Turnage<br><br>Case below:<br>203 N.C. App. ——<br>(20 April 2010) | No. 228P08-2 | 1. State's Motion for Temporary Stay (COA07-562-2)<br><br><br>2. State's Petition for Writ of Supersedeas<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed<br>05/10/10<br>Stay Dissolved<br>08/26/10<br><br>2. Denied<br>08/26/10<br><br>3. Denied<br>08/26/10 |
| State v. Walker<br><br>Case below:<br>197 N.C. App. ——<br>(19 May 2009) | No. 223P10 | Def's PWC and/or Any Other Available Relief Pursuant to the All Writs Act (COA08-1319) | Denied<br>08/26/10 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Waring<br><br>Case below: Wake County Superior Court | No. 525A07 | 1.  Defendant's Motion to Dismiss Appellant's Motion Filed in this Court under the North Carolina Racial Justice Act Without Prejudice to File a Motion under the Racial Justice Act in Post-conviction Proceedings If Appellant Is Not Granted Relief on Direct Appeal | 1. Allowed 08/26/10 |
| | | 2.  Defendant's Motion in the Alternative to Remand to the Superior Court of Wake County for an Evidentiary Hearing and Other Proceedings | 2. Dismissed as Moot 08/26/10 |
| | | 3.  Defendant's Motion for Appropriate Relief Pursuant to the Racial Justice Act | 3. Dismissed Without Prejudice 08/26/10 |
| | | 4.  State's Motion in the Alternative to Remand to the Superior Court of Wake County for an Evidentiary Hearing and Other Proceedings | 4. Dismissed as Moot 08/26/10 |
| State v. Wheeler<br><br>Case below:<br>202 N.C. App. ——<br>(19 January 2010) | No. 081P10 | Def's PDR Under N.C.G.S. § 7A-31 (COA09-768) | Denied 08/26/10 |
| State v. Wilkins<br><br>Case below:<br>203 N.C. App. ——<br>(4 May 2010) | No. 233P10 | Def's PDR Under N.C.G.S. § 7A-31 (COA09-1006) | Denied 08/26/10 |
| State v. Wilson<br><br>Case below:<br>203 N.C. App. ——<br>(4 May 2010) | No. 239P10 | Def's PDR Under N.C.G.S. § 7A-31 (COA09-903) | Denied 08/26/10 |
| State v. Witherspoon<br><br>Case below:<br>204 N.C. App. ——<br>(18 May 2010) | No. 249P10 | Def's PDR Under N.C.G.S. § 7A-31 (COA09-1303) | Denied 08/26/10 |
| Steinkrause v. Tatum<br><br>Case below:<br>201 N.C. App. ——<br>(8 December 2009) | No. 018A10 | Petitioner's (Steinkrause) Petition for Writ of Supersedeas (COA08-1080) | Allowed 07/06/10 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| Wallace Farm, Inc. v. City of Charlotte<br><br>Case below:<br>203 N.C. App. ——<br>(16 March 2010) | No. 170P10 | Plt's PDR Under N.C.G.S. § 7A-31<br>(COA09-939) | Denied<br>08/26/10 |
|---|---|---|---|
| Watkins v. Trogdon Masonry, Inc.<br><br>Case below:<br>203 N.C. App. ——<br>(6 April 2010) | No. 174P10 | Plt's PDR Under N.C.G.S. § 7A-31<br>(COA09-758) | Denied<br>08/26/10 |
| Wright v. Town of Zebulon<br><br>Case below:<br>202 N.C. App. ——<br>(16 March 2010) | No. 190P10 | 1. Plt's PWC to Review Decision of COA (COA09-960)<br><br>2. Defs' Conditional PWC to Review Decision of COA | 1. Denied 08/26/10<br><br>2. Dismissed as Moot 08/26/10 |